IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:05CR257-RLV-DCK-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| DERRICK RAYSHAWN PARKS | ) | |
| | ) | |

This Cause comes before the Court on a Motion (Doc. 113) for payment of witness fees to one Darvin Punch.

It appearing to the Court due to the passage of time and absence of follow-up in this matter that the United States Marshal Service has complied with its obligations toward Mr. Punch, the Motion is hereby DENIED and DISMISSED.

Signed: May 14, 2018

Richard L. Voorhees
United States District Judge